Michael R. Brooks, Esq.
Nevada Bar No. 7287
I-Che Lai, Esq.
Nevada Bar No. 12247
BROOKS BAUER LLP
1645 Village Center Circle, Suite 200
Las Vegas, NV 89134
Tel: (702) 851-1191
Fax: (702) 851-1198
Email: mbrooks@brooksbauer.com

Attorneys for Defendant
*American Home Mortgage Servicing, Inc.*

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| DANIEL A. ARMSTRONG and 191 LENAPE HEIGHTS LAS VEGAS, NV., <br><br> Plaintiffs, <br><br> v. <br><br> AMERICAN HOME MORTGAGE ACCEPTANCE INC., AMERICAN HOME MORTGAGE SERVICING 3 INC., MORTGAGE ELECTRONIC SYSTEMS INC., U.S. BANK NATIONAL ASSOCIATION, POWER DEFAULT SERVICES INC. AND DOES 1-100, <br><br> Defendants. | Case No.: 2:11-CV-01305-GMN-(LRL) <br><br> **ORDER ON MOTION TO EXPUNGE NOTICE OF PENDENCY OF ACTION** |

Having read and considered the Motion to Expunge Notice of Pendency of Action in the above captioned matter filed by Defendant American Home Mortgage Servicing, Inc. (incorrectly named in the complaint as "American Home Mortgage Servicing 3 Inc." and hereinafter referred to as "AHMSI"), and there being no opposition thereto, and good cause appearing therefore,

/ / /

/ / /

/ / /

IT IS HEREBY ORDERED that AHMSI's Motion to Expunge Notice of Pendency of Action is hereby granted in its entirety.

**IT IS SO ORDERED** this 22nd day of November, 2011.

_____
Gloria M. Navarro
United States District Judge

Respectfully Submitted By:

BROOKS BAUER LLP

    /s/I-Che Lai, Esq.
Michael R. Brooks, Esq.
Nevada Bar No. 7287
I-Che Lai, Esq.
Nevada Bar No. 12247
Attorneys for Defendant
*American Home Mortgage Servicing, Inc*