
Michael R. Brooks, Esq.
Nevada Bar No. 7287
I-Che Lai, Esq.
Nevada Bar No. 12247
BROOKS BAUER LLP
1645 Village Center Circle, Suite 200
Las Vegas, NV 89134
Tel: (702) 851-1191
Fax: (702) 851-1198
Email: mbrooks@brooksbauer.com

Attorneys for Defendant
*American Home Mortgage Servicing, Inc.*

# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| DANIEL A. ARMSTRONG and 191 LENAPE HEIGHTS LAS VEGAS, NV., <br><br> Plaintiffs, <br><br> v. <br><br> AMERICAN HOME MORTGAGE ACCEPTANCE INC., AMERICAN HOME MORTGAGE SERVICING 3 INC., MORTGAGE ELECTRONIC SYSTEMS INC., U.S. BANK NATIONAL ASSOCIATION, POWER DEFAULT SERVICES INC. AND DOES 1-100, <br><br> Defendants. | Case No.: 2:11-CV-01305-GMN-(LRL) <br><br> **AMENDED ORDER ON MOTION TO EXPUNGE NOTICE OF PENDENCY OF ACTION** |

Having read and considered the Motion to Expunge Notice of Pendency of Action in the above captioned matter filed by Defendant American Home Mortgage Servicing, Inc. (incorrectly named in the complaint as "American Home Mortgage Servicing 3 Inc." and hereinafter referred to as "AHMSI"), and there being no opposition thereto, and good cause appearing therefore,

IT IS HEREBY ORDERED that AHMSI's Motion to Expunge Notice of Pendency of Action is hereby granted in its entirety.

///

IT IS FURTHER ORDERED that pursuant to NRS 14.015, the Notice of Pendency of Action filed and recorded by or on behalf of the Plaintiff on the real property located at 191 Lenape Heights Avenue, Las Vegas, Nevada 89148 (APN 176-08-217-017) with the Clark County Recorder's Office as Instrument Number 201107150002759, is hereby cancelled and expunged, said cancellation has the same effect as an expungement of the original notice; and

IT IS FURTHER ORDERED that the Plaintiff shall record with the Clark County Recorder's Office, a copy of this Order of Cancellation.

**IT IS SO ORDERED** this 6th day of December, 2011.

_____
Gloria M. Navarro
United States District Judge

Respectfully Submitted By:

BROOKS BAUER LLP

/s/ I-Che Lai, Esq.
Michael R. Brooks, Esq.
Nevada Bar No. 7287
I-Che Lai, Esq.
Nevada Bar No. 12247
Attorneys for Defendant
*American Home Mortgage Servicing, Inc*